UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Francisco Alfaro-Villegas, | Case No. 2:26-cv-02228-ART-DJA |
| Petitioner, | Order Directing Service of 28 U.S.C. § 2241 Petition and Setting Briefing Schedule |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner Francisco Alfaro-Villegas, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center (NSDC), has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid the filing fee. (ECF No. 1). Following a preliminary review of the Petition, the Court finds that it states a *prima facie* case for relief, so the Court directs that it be served on the United States Attorney's Office for the District of Nevada (USAO) and sets a briefing schedule.

It is therefore ordered that the Clerk of the Court will:

1. **ADD** the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the Petition (ECF No. 1) and this Order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

3. **SEND** courtesy copies of the Petition (ECF No. 1) and this Order to Ashlee Hesman (Mattos's attorney) at ahesman@strucklove.com.

It is further ordered that the USAO must file a notice of appearance within 5 days of the date of this Order, and file and serve their answer to the Petition

1

within 7 days of this Order, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have 5 days to file a reply.

It is further ordered that the USAO must produce the following documents to Petitioner's counsel (or certify that the documents are not in their custody or control) within 5 days of this Order:

1. I-200 Warrant for Arrest of Alien
2. Form I-286 Initial Custody Determination
3. I-862 Notice to Appear
4. Form I-213 Record of Deportable or Inadmissible Alien
5. All immigration court orders in Petitioner's removal proceedings.
6. Documents certifying any appeal of any immigration court orders by the Department of Homeland Security or Petitioner.
7. Transcripts and/or audio recordings of any custody redetermination proceedings.

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension, if possible.

It is further ordered that Respondents must not transfer Petitioner out of this District, unless the Court grants a motion or stipulation to modify this order.[1]

DATED: July 24, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

2